No. 731. BARTELS ET AL., DOING BUSINESS AS CRYSTAL BALLROOM, *v.* BIRMINGHAM, COLLECTOR OF INTERNAL REVENUE, ET AL.; and

No. 732. GEER ET AL., DOING BUSINESS AS LARRY GEER BALLROOMS, *v.* BIRMINGHAM, COLLECTOR OF INTERNAL REVENUE. January 6, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Clyde B. Charlton* and *Joseph I. Brody* for petitioners. *Joseph A. Padway* and *Chauncey A. Weaver* for Williams et al., respondents in No. 731. Reported below: 157 F. 2d 295.

No. 62. MORRIS *v.* JONES, DIRECTOR OF INSURANCE. See *ante,* pp. 545, 547.

No. 800. UNITED STATES *v.* BALOGH. See *ante,* p. 692.

No. 715. OKLAHOMA ET AL. *v.* UNITED STATES. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mac Q. Williamson,* Attorney General of Oklahoma, *Harry O. Glasser* and *E. S. Champlin* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Bazelon* and *Roger P. Marquis* for the United States. *A. B. Mitchell,* Attorney General of Kansas, filed a brief for that State, as *amicus curiae,* in support of the petition.

No. 793. UNITED STATES *v.* MICHENER. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Acting So-*